UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEA, a body politic and corporate,
    Plaintiff,

v().                              Case No.: 3:23-cv-00051

U.S. PEROXIDE LLC, d/b/a USP
Technologies, a foreign business
entity,
    Defendant,
_____/

## DEFENDANT'S NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Defendant, U.S. Peroxide LLC, d/b/a USP Technologies ("USP"), designates Michael A. Abel, Esq., as lead counsel in this matter.

DATED: January 12, 2023.

Respectfully submitted,

**ABEL BEAN LAW P.A.**

/s/ Michael A. Abel
Michael A. Abel, Esq.
Florida Bar No. 075078
Jacqueline A. Van Laningham, Esq.
Florida Bar No. 1003168
100 N. Laura Street, Suite 501
Jacksonville, Florida 32202
(904) 944-4104
*mabel@abelbeanlaw.com*
*jvanlaningham@abelbeanlaw.com*
***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

On January 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

R. Kyle Gavin, Esq.
**Office of General Counsel**
**City of Jacksonville**
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: (904) 255-5100
Facsimile:  (904) 255-5120
*kgavin@coj.net*
*sstevison@coj.net*

*Counsel for Plaintiff*

                                        /s/ Michael A. Abel
                                        Attorney